UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| CLARENCE WRIGHT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 9:18-CV-120 |
| | § | |
| BRYAN COLLIER, | § | |
| | § | |
| Defendant. | § | |

## ORDER OVERRULING DEFENDANT'S OBJECTIONS AND ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Clarence Wright, a prisoner confined at the Polunsky Unit of the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), filed this civil rights action pursuant to 42 U.S.C. § 1983 and the Religious Land Use and Institutionalized Persons Act (RLUIPA) against Bryan Collier, the former Executive Director of TDCJ.[1]

The court referred this matter to the Honorable Zack Hawthorn, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court. The magistrate judge has submitted a Report and Recommendation of United States Magistrate Judge. The magistrate judge recommended denying Defendant's Motion for Summary Judgment.

The court has received and considered the Report and Recommendation of United States Magistrate Judge, along with the record, pleadings, and all available evidence. Defendant filed objections to the magistrate judge's Report and Recommendation.

---

[1] Pursuant to Federal Rule of Civil Procedure 25(d), Bobby Lumpkin, the current Executive Director of TDCJ, is automatically substituted for Bryan Collier, the former Executive Director, as to any official capacity claims. To the extent that Bryan Collier is sued in his individual capacity, he remains a defendant to this action.

The court has conducted a *de novo* review of the objections in relation to the pleadings and the applicable law.  *See* FED. R. CIV. P. 72(b).  After careful consideration, the court concludes the objections are without merit for the reasons stated by the magistrate judge.

### ORDER

Accordingly, Defendant's objections (#158) are **OVERRULED**.  The findings of fact and conclusions of law of the magistrate judge are correct, and the Report and Recommendation of the magistrate judge (#157) is **ADOPTED**. This action is reopened and reinstated on the court's active docket.

SIGNED at Beaumont, Texas, this 26th day of May, 2026.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE